# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:92-CR-101

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **JOHNNY BERNARD MILLER** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* Motion for Early Termination of Probation/Supervised Release [doc. 36] filed on August 24, 2018. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

**IT IS SO ORDERED.**

Signed: August 27, 2018

Graham C. Mullen
United States District Judge